IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LORI J. MASTISON,

    Plaintiff,

vs.                                    CASE NO. 5:07cv129/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). Defendant has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The decision of the Commissioner is reversed, and this case is remanded for further proceedings.

3. The Commissioner is ordered to assign this case to a different Administrative Law Judge who will complete the record and determine whether Plaintiff is disabled based upon the entire record consistent with the Magistrate Judge's Report and Recommendation.

4. Judgment is entered in favor of Plaintiff pursuant to sentence four of 28 U.S.C. §405(g).

5. The clerk is directed to close the file.

**ORDERED** on May 12, 2008.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**