IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LORI J. MASTISON,

    Plaintiff,

vs.                              CASE NO. 5:07cv129/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judges Report and Recommendation (Doc. 25). Defendant does not object (Doc. 23) to the fees and costs requested by Plaintiff. No objections have otherwise been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion For Attorney's Fees And Costs (Doc. 21) is granted. Plaintiff's counsel, Thomas J. Ueberschaer, is entitled to recover reasonable fees for representing Plaintiff before the U.S. District Court for the Northern District of Florida pursuant to 28 U.S.C. §2412 (Equal Access to Justice Act). Attorney's fees of $3,343.75 are reasonable under the EAJA. The Commissioner of Social Security is directed to pay attorney's fees of $3,343.75 to Plaintiff's counsel, Thomas J. Ueberschaer.

3.  Costs in the amount of $350.00 are awarded to Plaintiff, which shall be paid from the Judgment Fund.

**ORDERED** on September 23, 2008.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**